IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TEDDY PHILLIPS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. A-11-CA-1085-SS |
| | § | |
| **SETON HEALTHCARE** | § | |
| | § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

The parties to this lawsuit have reached a voluntary resolution of this dispute. Accordingly, Plaintiff Teddy Phillips and Defendants Seton Healthcare file this Joint Stipulation of Dismissal With Prejudice of All Claims, and respectfully request that this Court enter a final judgment dismissing with prejudice all claims each party alleged, or could have alleged, in this action against any other party or former party. The parties will bear their own costs.

Respectfully submitted,

/s/ Abigail Frank_____
Abigail Frank
  State Bar No. 24069732
Joseph P. Berra
  State Bar No. 24027144
James C. Harrington
  State Bar No. 09048500
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78747-3438
(512) 474-5073
(512) 474-0726 – Facsimile

ATTORNEYS FOR PLAINTIFF

/s/ Christopher M. Weimer_____
Christopher M. Weimer
  State Bar No. 24061894
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto, Suite 1100
Austin, Texas 78701
(512) 474-5201
(512) 536-4598 – Facsimile

ATTORNEYS FOR DEFENDANT SETON HEALTHCARE

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been forwarded to counsel listed below via the Court's electronic filing system, today, April 26, 2012 on the following counsel of record:

Abigail Frank
Joseph P. Berra
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78747-3438

/S/ _Christopher M. Weimer